JOHN F. BAUM, Bar No. 148366
jbaum@hkemploymentlaw.com
KRISTIN L. OLIVEIRA, Bar No. 204384
koliveira@hkemploymentlaw.com
ERIN E. DOLLY, Bar No. 238468
edolly@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
ST. FRANCIS HOTEL CORPORATION

KATHLEEN A. MCCORMAC, Bar No. 159012
kmccormac@mccormaclaw.com
VALERIE R. PERDUE, Bar No. 278322
vperdue@mccormaclaw.com
MCCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA  94111
Tel: (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
FADUA GALDAMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADUA GALDAMEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. FRANCIS HOTEL CORPORATION, dba THE WESTIN ST. FRANCIS HOTEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  3:15-cv-01042-JST<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR; [PROPOSED] ORDER**<br><br>**Complaint Filed:**  February 5, 2015 |

TO THE COURT:

　　Plaintiff FADUA GALDAMEZ ("Plaintiff") and Defendant ST. FRANCIS HOTEL CORPORATION ("Defendant") (collectively "the parties"), by and through their respective

1

counsel of record, herein agree and stipulate as follows:

**RECITALS**

1. On May 21, 2015, the parties agreed to participate in court-sponsored Alternative Dispute Resolution, specifically mediation. (ECF Document 11).

2. The current deadline to complete mediation is August 19, 2015. (ECF Document 11).

3. Due to family health circumstances, Defendant's lead counsel must travel to the East Coast for the first few weeks of August and, therefore, is not able to complete mediation by the current deadline of August 19, 2015.

4. The assigned mediator and the parties' counsel are in agreement to extend the deadline to complete mediation in view of the above circumstances.

5. The parties expect to complete mediation within the first ten days of September 2015 and thus request a thirty-day extension.

6. There have been no earlier extensions to complete the Alternative Dispute Resolution process. This is the parties' first request for an extension.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant hereby agrees and stipulates as follows, subject to Court approval, that the deadline for the parties to complete the Alternative Dispute Resolution process presently set for August 19, 2015 be continued to **September 18, 2015**.

IT IS SO STIPULATED:

///

///

///

///

///

///

///

///

1 | Dated: July 20, 2015						HIRSCHFELD KRAEMER LLP

									By: */s/ Kristin L. Oliveira*
										John F. Baum
										Kristin L. Oliveira
										Erin E. Dolly
									Attorneys for Defendant
									ST. FRANCIS HOTEL CORPORATION

Dated: July 20, 2015						MCCORMAC & ASSOCIATES

									By: */s/ Valerie R. Perdue as authorized on 7/20/15*
										Kathleen A. McCormac
										Valerie R. Perdue
									Attorneys for Plaintiff
									FADUA GALDAMEZ

## [PROPOSED] ORDER

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline to complete the Alternative Dispute Resolution process is now **September 18, 2015**.

Dated: July __22__, 2015					By: _____
									Judge of the United States District Court

IT IS SO ORDERED
Judge Jon S. Tigar