KATHLEEN A. MCCORMAC, Bar No. 159012
kmccormac@mccormaclaw.com
VALERIE R. PERDUE, Bar No. 278322
vperdue@mccormaclaw.com
MCCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
FADUA GALDAMEZ

JOHN F. BAUM, Bar No. 148366
jbaum@hkemploymentlaw.com
KRISTIN L. OLIVEIRA, Bar No. 204384
koliveira@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ST. FRANCIS HOTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADUA GALDAMEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. FRANCIS HOTEL CORPORATION, dba THE WESTIN ST. FRANCIS HOTEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:15-cv-01042-JST<br><br>**JOINT STIPULATION TO CONTINUE FACTUAL DISCOVERY CUT-OFF; [PROPOSED] ORDER**<br><br>**Complaint Filed:** February 5, 2015 |

The parties, Plaintiff Fadua Galdamez ("Plaintiff") and Defendant St. Francis Hotel Corporation, dba The Westin St. Francis Hotel, by and through their attorneys of record hereby stipulate to the following continuance of the factual discovery cut-off. There is good cause to grant this continuance because the parties are engaged in settlement negotiations which, if successful, would result in a full dismissal of this action with prejudice. In the interest of

1

1  avoiding the expenditure of costs to complete factual depositions while the parties discuss a
2  potential informal resolution, and in consideration of the factual witnesses' availability in
3  November and December 2015, the parties are agreeable to a brief continuance of the factual
4  discovery cut-off.

5        The current factual discovery cut-off is <u>November 20, 2015</u>.

6        The parties request an extension of the factual discovery cut-off to <u>January 15, 2016</u>.

7        There have been no earlier extensions of the factual discovery cut-off.

8        This extension of time to <u>January 15, 2016</u> does not affect other deadlines presently set by
9  the Court.

10  **SO STIPULATED**.

11  Dated: November 9, 2015                                                             HIRSCHFELD KRAEMER LLP

By: */s/ Kristin L. Oliveira*
John F. Baum
Kristin L. Oliveira
Attorneys for Defendant
ST. FRANCIS HOTEL CORPORATION

16  Dated: November 9, 2015                                                             MCCORMAC & ASSOCIATES

By: */s/ Valerie R. Perdue as authorized on 11/9/15*
Kathleen A. McCormac
Valerie R. Perdue
Attorneys for Plaintiff
FADUA GALDAMEZ

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the factual discovery cut-off is now January 15**, 2016**.

Dated: November 10, 2015              By: _____
Hon. Jon S. Tigar
Judge of the United States District Court

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO